John W. MARTIN, Relator,

v.

GEORGE A. HORMEL & CO., Self–Insured, Respondent.

No. CX–88–2534.

Supreme Court of Minnesota.

May 5, 1989.

David A. Stofferahn, Minneapolis, for relator.

Michael Forde, Minneapolis, for respondent.

### ORDER

WHEREAS, the decision of the Workers' Compensation Court of Appeals filed November 15, 1988, is in compliance with the review standards of *Hengemuhle v. Long Prairie Jaycees*, 358 N.W.2d 54 (Minn. 1984); and

WHEREAS, benefits were denied on alternate grounds by operation of the 350–week limitation on temporary benefits in effect at the time of injury;

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed November 15, 1988, be, and the same is, affirmed without opinion.

*See* Minnesota Rules of Civil Appellate Procedure 136.01, subd. 1(b).